UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CURTIS L. WYSE,

    Plaintiff,

v.                                            Case No.:  2:23-cv-1083-KCD

CALOOSA RIVER, INC.,

    Defendant.
_____/

## ORDER

    This case is set for a bench trial beginning May 15, 2024. ASL interpreters Brenda Stanbury, Rose Coman and Johanna Mery, who are participating in the trial may bring telephones, laptops, Apple Watches, or tablets into the courthouse for use during the trial, subject to screening by the United States Marshals Service or its Court Security Officers. The parties are directed to present a copy of this Order when proceeding through the security checkpoint in the courthouse lobby.

    **ORDERED** in Fort Myers, Florida this May 7, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:
All Parties of Record
Court Security Officers